UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JAMES SAMUEL HILL, JR.,

    Plaintiff,

v.    Cv. No. 05-2672-Ma

TONY JONES,

    Defendant.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed, in accordance with the Order of Dismissal, docketed December 1, 2005. Any appeal in this matter by Plaintiff, proceeding *in forma pauperis*, is not taken in good faith.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 8, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-13-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02672 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

James Samuel Hill
USP-COLEMAN
18141-076
P.O. Box 1031
Coleman, FL 33521--103

Honorable Samuel Mays
US DISTRICT COURT